

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 27, 2023

<u>Via ECF</u>
Hon. Ronnie Abrams
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

   Re: *Michael Dalton v. Boomerang Dining, LLC d/b/a Virtual Restaurant Concierge,*
      No: 1:23-cv-01410-RA

Dear Judge Abrams:

  This firm represents Plaintiff Michael Dalton ("*Plaintiff*") in the above-referenced matter. Pursuant to the Order and Notice of Initial Conference (Doc. No. 8) and Section 1(D) of Your Honor's Individual Rules & Practices, we write to request an adjournment of the Initial Status Conference scheduled for May 12, 2023. The reason for the request is that Plaintiff amended his complaint on April 7, 2023 (Doc. No. 11) substituting Boomerang Dining, LLC d/b/a Virtual Restaurant Concierge ("*Boomerang*") as party defendant in place and stead of RSVP Hospitality LLC, who is no longer a party.

  Boomerang was recently served with the amended complaint on April 20, 2023, and it's time to answer expires May 11, 2023 (Doc. No. 15). Per the Initial Conference Order, if the defendant has not filed a responsive pleading, the parties may request an adjournment of the conference by no later than May 5, 2023.

  Accordingly, Plaintiff requests a 30-day adjournment of the May 12, 2023 Initial Conference, or other date convenient to the Court, to allow time for Boomerang to appear or respond to the Complaint. No previous adjournment of the conference has been sought in this matter. Other than the Initial Conference, no other dates would be impacted by this adjournment. As Boomerang has not yet appeared in the action, Plaintiff is unable to advise whether defendant consents to the continuance request.

  We thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s *Renee J. Aragona*
Renee J. Aragona

---

Application granted. The telephonic initial pretrial conference is hereby adjourned to June 8, 2023 at 2:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than June 5, 2023, the parties shall submit a joint status letter and proposed case management plan, as described by this Court's previous order in this action.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
04/28/2023