UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

MICHAEL DALTON,

           Plaintiff,

    v.

BOOMERANG DINING, LLC
 d/b/a Virtual Restaurant Concierge,

           Defendant.

No. 23-cv-1410 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's hearing, this case is hereby stayed pending further order of the Court. No later than March 22, 2024, the parties shall submit a joint status letter to the Court, including but not limited to what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    February 23, 2024
           New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge